B6B (Official Form 6B) (12/07)

Second Amended

In re  **G. K.'S GYM, INC.**  
Debtor

Case No. **14-10101 HRT**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Guaranty Bank**<br>**1550 E. Harmony**<br>**Fort Collins, CO 80525**<br>**x 7738, x73283 x7738 balance on the date of filing**<br>**Checks still clearing** | - | 17,539.87 |
| | | | **Oregon Trail Bank**<br>**4007 Greenway St**<br>**Cheyenne, Wy 82001**<br>**balance on date of filing**<br>**checks still clearing** | - | 9,636.51 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **27,176.38**<br>(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Second Amended

B6B (Official Form 6B) (12/07) - Cont.

In re **G. K.'S GYM, INC.** Case No. **14-10101 HRT**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Promissory Note from the sale of Loveland Gym ** questionable collectabilty.** | - | 82,481.63 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **82,481.63**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

Second Amended

B6B (Official Form 6B) (12/07) - Cont.

In re   **G. K.'S GYM, INC.**                                                   Case No.   **14-10101 HRT**
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Dodge Van** <br> **91,049 miles** <br> **Fair condition** | - | 1,200.00 |
| | | **1993 Ford Club Wagon** <br> **123,438 miles** <br> **Fair condition** | - | 1,200.00 |
| | | **1998 Dodge Ram Van** <br> **94,548 miles** <br> **fair condition** | - | 1,740.00 |
| | | **1994 Ford Club Wagon** <br> **120,548 miles** <br> **fair conditon** | - | 1,030.00 |
| | | **1994 Dodge Ram Van** <br> **113,954 miles** <br> **Fair condition** | - | 1,211.00 |
| | | **1990 Trailer** | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >       **7,381.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Second Amended

B6B (Official Form 6B) (12/07) - Cont.

In re **G. K.'S GYM, INC.** Case No. **14-10101 HRT**

Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Inventory of G.K.'s Gym Inc. See attached Exhibit 1** | - | 53,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **53,000.00** |
|---|---|---|
|  | Total > | **170,039.01** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Second Amended
Original Cost                    exhibit 1

#21

# GYMNASTICS EQUIPMENT INVENTORY
## DECEMBER, 2013

| Item | Size/Unit | Qty | Cost |
|---|---|---|---|
| folding chairs | | 160 | $18.00 |
| plastic chairs | | 20 | $12.00 |
| cubbies--wooden/painted | 20 unit | 1 | $400.00 |
| | 16 unit | 1 | $360.00 |
| | 36 unit | 1 | $500.00 |
| | 35 unit | 1 | $500.00 |
| cubbies--wooden | 4 unit | 13 | $400.00 |
| Gym Master spotting bench 2' x 4' x 4' | 1 | | $250.00 |
| Spotting bench | 2 | | $150.00 |
| Swedish Boxes--custom 4' x 18" x 26" | 6 | | $400.00 |
| Gym Master adj bench--8' x 12" | 2 | | $175.00 |
| Bench--home made--12' | 2 | | $100.00 |
| Chalk box | 1 | | $75.00 |
| AAI chalk boxes | 2 | | $75.00 |
| moving dolly--heavy duty 4"x 14" | 1 | | $175.00 |
| folding tables--adjustable | 3 | | $35.00 |
| tables | 4 | | $40.00 |
| church benches | 4 | | $300.00 |
| chairs--observation wooden | 9 | | $75.00 |
| chairs--observation metal | 7 | | $25.00 |
| pepsi machine | 1 | | $500.00 |
| chairs--office rolling | 7 | | $35.00 |
| tv & vcr units | 3 | | $200.00 |
| folding screen--20' tall | 1 | | $1,400.00 |
| mirrors--65 feet | | | |
| stereo systems portable | 2 | | $35.00 |
| commercial stereo & speaker system with microphone & complete deck entire bldg. | 1 | | |
| OFFICE | | | |
| computers--flat screen monitors | 1 | | $650.00 |
| computers | 1 | | $550.00 |
| office desks--wood | 2 | | $325.00 |
| filling cabinets--wood | 2 | | $150.00 |
| filling cabinet--metal | 1 | | $85.00 |
| BEAMS | | | |
| Beam training pads--AAI | 2 | | $182.00 |
| Speith low beams | 2 | | $450.00 |
| Speith competition adjustable | 2 | | $1,100.00 |
| Speith competition | 2 | | $1,100.00 |

Second Amended
Original Cost

exhibit 1

| Item | Quantity | Original Cost |
|---|---|---|
| AAI competition adjustable | 3 | $2,448.00 |
| AAI Elite Spring | 2 | $2,872.00 |
| | | |
| **FLOOR** | | |
| AAI Stratum Reflex floors | | |
| with 2" ethafoam & carpet | 2 | $29,232.00 |
| Ethafoam--1 1/4" | 14,000 sq feet | |
| | | |
| **MENS' EQUIPMENT** | | |
| Ring sets with beam clamps | 3 | $750.00 |
| and hanging attachments | 1 | |
| Trampoline overhead spotting | | |
| rig with pulleys | 1 | $400.00 |
| AAI Parallel Bar Transporter | 1 | $250.00 |
| GymTrix ultra dome mushroom | 2 | $212.00 |
| GMR "the mushroom" | 2 | $250.00 |
| Buck horse | 1 | $500.00 |
| AMF Competition pommel horse | 1 | $1,804.00 |
| Junior pommel horse | 1 | $717.00 |
| GymTrix swing handstand trainers | 2 | $320.00 |
| Gym Master low training p. bars | 2 | $500.00 |
| Gym Master handstand trainer | 1 | $450.00 |
| Gym Master dip bar | 1 | $75.00 |
| Gym Master competition p. bars | 1 | $1,500.00 |
| | | |
| **WOMENS' BARS** | | |
| Fenner Quad Bars reflex | 1 | $2,470.00 |
| 10 rails | 3 | $345.00 |
| mens' steel bar adj to 10' | 1 | $325.00 |
| GymMaster combination | | |
| preschool/rec bar | 1 | $500.00 |
| Stall bars | 6 | $300.00 |
| AAI womens' competitive uneven | | |
| bars with reflex 10 rails | 1 | $1,500.00 |
| AAI Elite competitive uneven bars | 3 | $3,110.00 |
| Fenner single rail training bars | | |
| with reflex 10 | 2 | $1,100.00 |
| Fenner single rail mens training | | |
| bars | 2 | $1,100.00 |
| Fenner single training trench pit bars | | |
| 5' tall | 2 | $710.00 |
| Sliding spoting platforms for use | | |
| over trench pit | 1 set | |
| Gibson stall bar | 1 | $550.00 |
| Reflex 10 misc bar | 1 | $345.00 |
| | | |
| **TRAMPOLINES** | | |
| Padded tumble trak with training | | |
| bar--11' x 6' | 1 | $1,364.00 |

Second Amended
Original Cost                                                    exhibit 1

| Item | Qty | Original Cost |
|---|---|---|
| Tumble Trak mini with incline mat | 1 | $749.00 |
| Gym Master mini tramp | | |
| 4' x 4' bed | 2 | $550.00 |
| 3' x 3' bed | 1 | $500.00 |
| Fenner vaulting tramp | 1 | $595.00 |
| Tumble Trak padded 24' | 1 | $2,095.00 |
| Tramp Master padded 7' x 14' | 2 | $1,400.00 |
| | | |
| BOARDS | | |
| AAI Stratum | 3 | $633.00 |
| AAI Wood spring | 2 | $250.00 |
| Porter spring | 1 | $250.00 |
| | | |
| VAULT | | |
| AAI safety zone | 2 | $347.00 |
| AAI vaulting table | 2 | $3,148.00 |
| Norbert vaulting foam block | 1 | $775.00 |
| | | |
| PRE SCHOOL | | |
| floor beam--padded--8' | 1 | $125.00 |
| donut | 1 | $318.00 |
| 1/2 donut | 1 | $175.00 |
| zip line system | 1 | $475.00 |
| Speith high bar | 1 | $175.00 |
| Wedges--foam--2' x 3' x 14" | 2 | $125.00 |
| balance beam units--segmented | 2 | $450.00 |
| parachutes | 3 | $105.00 |
| AAI bar | 1 | $275.00 |
| trapazoid--3 piece | 2 | $460.00 |
| Wedges--incline | | |
| 6' x 4' | 1 | $98.00 |
| 6' x 3' | 1 | $98.00 |
| 5' x 10' | 1 | $635.00 |
| Barrel | 1 | $345.00 |
| Speith adjustable low p. bars | 1 | $450.00 |
| Slide | 1 | $35.00 |
| Boat rocker | 1 | $35.00 |
| vaulting boards | 2 | $330.00 |
| climbing apparatus--3 piece--alumin | 1 | $750.00 |
| roller coaster | 1 | $75.00 |
| | | |
| FOAM Blocks--pit | | |
| FOLDING MATS | | |
| 4' x 6' x 2" | 4 | $100.00 |
| 8' x 15.5' x 1 1/4" | 3 | $906.00 |
| 4' x 8' x 1" | 2 | $125.00 |
| 6' x 12' x 1 1/4" | 8 | $375.00 |
| 5' x 12' x 1 1/4" | 1 | $280.00 |
| 3' x 6' x 1 1/4" | 3 | $75.00 |
| 2 1/2" x 3" exercise | 4 | $25.00 |

| | | | |
|---|---|---|---|
| **COMPETITION LANDING MATS--FOLDING** | | | |
| 20' x 10' x 5" | 1 | | $2,200.00 |
| 8' x 15' x 5" | 5 | | $906.00 |
| 6' x 12' x 4" | 8 | | $568.00 |
| 15' x 7.5' x 20 cm | 1 | | $1,209.00 |
| 7.5' x 15' x 4" | 4 | | $1,209.00 |
| 7.5' x 12' x 5" | 5 | | $1,020.00 |
| 8' x 12' x 4" | 2 | | $1,251.00 |
| 8' x 15' x 4" | 2 | | $938.00 |
| 4' x 6' x 4" | 4 | | $378.00 |
| 8' x 12' x 5" | 1 | | $719.00 |
| 7.5' x 15' x 5" | 6 | | $856.00 |
| 5' x 15' x 4" | 1 | | $719.00 |
| 4' x 8' x 4" | 1 | | $388.00 |
| | | | |
| **SKILL CUSHIONS** | | | |
| 12' x 8' x 10" folding | 1 | | $500.00 |
| 8' x 4' x 8" | 8 | | $259.00 |
| 4' x 8' x 10" | 4 | | $281.00 |
| 18' x 8' x 4" | 2 | | $650.00 |
| 8' x 8' x 8"--Nissen | 1 | | $525.00 |
| 5' x 10' x 8"--Resilite | 10 | | $425.00 |
| Quad Bar velcro mats--Fenner | | | |
| 7' x 7' x 5 1/2" | 4 | | $375.00 |
| Insilate mats | | | |
| 5' x 10' x 1 1/2" | 4 | | $225.00 |
| Handspring training rollers--pack man | 2 | | $290.00 |
| | | | |
| **RESI PITS** | | | |
| Caroline Gym Supply | | | |
| 7.5' x 8' x 17" resi pit matt | 3 | | $750.00 |
| 8' x 18" x 17" resi pit mat | 1 | | $225.00 |
| 8' x 7' x 17" resi pit mat | 4 | | $750.00 |
| 8' x 10' x 17" resi pit mat | 1 | | $825.00 |
| | | | |
| Pro Mat | | | |
| 5' x 12' x 2' | 2 | | $1,100.00 |
| 5' x 8' x 2' | 1 | | $650.00 |
| 6' x 12' x 2' | 11 | | $550.00 |
| Richardson | | | |
| 4' x 8' x 2' | 2 | | $475.00 |
| | | | |
| **BOXES--SOLID FOAM** | | | |
| 4' x 3' x 18" | 8 | | $275.00 |
| 4' x 2' x 18" | 4 | | $275.00 |
| 5' x 2.5' x 17" | 4 | | $285.00 |
| 3' x 2' x 12" | 1 | | $245.00 |
| 2.5' x 2' x 14" | 8 | | $225.00 |
| 2' x 2' x 2' | 2 | | $85.00 |
| 4' x 30" x 36" | 4 | | $250.00 |
| 2' x 18" x 10" | 1 | | $175.00 |
| 4' x 12' x 2' | 2 | | $225.00 |

Second Amended
Original Cost                                             Exhibit 1

| Item | Quantity | Original Cost |
|---|---|---|
| 18' x 8' x 2' | 2 | $225.00 |
| 12' x 8' x 2' | 1 | $175.00 |
| 4' x 8' x 2' | 1 | $175.00 |
| misc orange block | 1 | $75.00 |
| Canyon Block Tumble Trak | | |
| 4' x 2.5' x 3' | 2 | $365.00 |
| 4' x 2.5' x 10" | 2 | $225.00 |
| | | |
| STING MATS | 2 | $125.00 |
| 4' x 6' | 1 | $125.00 |
| | | |
| TRAINING | | |
| Body tightening trainer w/bungies | 2 | $25.00 |
| Dumbbells | | |
| 6.6# | 38 | $12.00 |
| 8# | 2 | $14.00 |
| 2.5# | 2 | $6.00 |
| 3# | 2 | $7.00 |
| Leg weights | 4 | $6.00 |
| Jump ropes | 25 | $1.50 |
| Paralettes | 6 | $15.00 |
| Floor training bars | 4 | $25.00 |
| Ropes | | |
| 10' | 2 | $100.00 |
| 18' | 2 | $100.00 |
| | | |
| ACADEMY | | |
| All furniture and supplies | purchased used | $500.00 |

Current Market Value of all equipment per purchase offer         $53,000.00