# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-10101 HRT |
| G. K.'S GYM, INC ) | |
| xx-xxx6542 ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

## APPLICATION TO EMPLOY LAUREN LONG

COMES NOW Debtor G. K.'s GYM INC. ("Debtor"), by and through its attorneys Bell, Gould & Scott, P.C. and submits its Application to Employ Lauren Long for valuation analysis and consulting regarding tax implications of any asset or equity sale by Debtor corporation as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on JANUARY 6, 2014.

2. The Debtor is a Colorado Corporation doing business in Larimer County, Colorado. The Debtor elected to seek bankruptcy protection primarily to protect the going concern value of the debtor for the benefit of all of its creditors until an orderly valuation and sale of the business can be accomplished under Court supervision in light of a judgment against debtor which is substantially in excess of the estimated value of all of debtor's tangible and intangible assets. Negotiations with the judgment creditor to arrive at the same process have yielded no agreements which would protect the business operations while it is marketed or while other paths for resolving Creditor's claims are explored..

3. In connection with all matters required of the Debtor under the Bankruptcy Code, the Debtor desires to employ the services of Lauren Long, CPA. Ms. Long's offices are located at 2337 S. Shields Street Suite 101, Fort Collins, CO 80526. The firm resume is attached hereto as "Exhibit A."

4. The Debtor has selected Ms. Long for her experience with business valuations and tax planning and the Debtor believes that Ms. Long is well qualified to represent it in this case.

5. The professional services that Ms. Long is to render are:

    a. Valuation of the Business;

      b.   Analysis of the tax implications from the sale of the business;

6. It is necessary for the Debtor to employ Ms. Long for such professional services.

7. To the best of Debtor's and Ms. Long's knowledge, Ms. Long has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Lauren Long, "Exhibit B."

8. Ms. Long represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtor, and its employment is in the best interests of the estate.

9. Ms. Long shall bill for time spent on its work for this case. Ms. Long shall be compensated as follows: $ 240.00 per hour.

10. No committee of creditors has been appointed or designated herein.

WHEREFORE, the Debtor pray that they be authorized to employ and appoint Lauren Long to provide valuation and tax analysis services to them as Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code *nunc pro tunc* January 6, 2014, and for such further and additional relief as the Court may deem proper.

Dated this 8th day of April, 2014.

                BELL, GOULD & SCOTT, P.C.

                By:    /s/ Gregory S. Bell
                Gregory S. Bell, #9630
                322 East Oak Street
                Fort Collins, CO 80524
                (970) 493-8999
                Fax: (970) 224-9188
                Email: gbell@bell-law.com; lfirnett@bell-law.com
                Attorney for Debtor/Movant