# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-10101 HRT |
| G. K.'S GYM, INC ) | |
| xx-xxx6542 ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

## APPLICATION TO EMPLOY DAVID M. HERRERA

COMES NOW Debtor G. K.'s GYM INC. ("Debtor"), by and through its attorneys Bell, Gould & Scott, P.C. and submits its Application to Employ David M. Herrera, to evaluate insurance coverage and claims as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on JANUARY 6, 2014.

2. The Debtor is a Colorado Corporation doing business in Larimer County, Colorado. The Debtor elected to seek bankruptcy protection primarily to protect the going concern value of the debtor for the benefit of all of its creditors until an orderly valuation and sale of the business can be accomplished under Court supervision in light of a judgment against debtor which is substantially in excess of the estimated value of all of debtor's tangible and intangible assets. Negotiations with the judgment creditor to arrive at the same process have yielded no agreements which would protect the business operations while it is marketed.

3. In connection with all matters required of the Debtor under the Bankruptcy Code, the Debtor desires to employ the services of David M. Herrera. Mr. Herrera's offices are located at 3600 S. College Ste 204, Fort Collins, CO 80525. Mr. Herrera's resume is attached hereto as "Exhibit A."

4. The Debtor has selected Mr. Herrera for his experience with insurance coverage, bad faith, and agent negligence claims and the Debtor believes that Mr. Herrera is well qualified to represent it in this case.

5. The professional services that Mr. Herrera is to render are:

    a. Review Insurance Coverage;

    b. Analysis of potential claims against insurer and agent;

      c. Financial analysis of pursuing claims;

6. It is necessary for the Debtor to employ Mr. Herrera for such professional services.

7. To the best of Debtor's and Mr. Herrera's knowledge, Mr. Herrera has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Mr. Herrera, "Exhibit B."

8. Mr. Herrera represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtor, and its employment is in the best interests of the estate.

9. Mr. Herrera shall bill for time spent on its work for this case. Mr. Herrera shall be compensated as follows: $250.00 per hour.

10. No committee of creditors has been appointed or designated herein.

WHEREFORE, the Debtor pray that they be authorized to employ and appoint David M. Herrera to provide analysis of potential insurance coverage, bad faith, and negligence claims to them as Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and for such further and additional relief as the Court may deem proper.

Dated this 8th day of April, 2014.

                                          BELL, GOULD & SCOTT, P.C.

                                          By: /s/ Gregory S. Bell
                                          Gregory S. Bell, #9630
                                          322 East Oak Street
                                          Fort Collins, CO 80524
                                          (970) 493-8999
                                          Fax: (970) 224-9188
                                          Email: gbell@bell-law.com; lfirnett@bell-law.com
                                          Attorney for Debtor/Movant