UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-10101 HRT |
| G. K.'S GYM, INC ) | |
| xx-xxx6542 ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

## APPLICATION TO EMPLOY 3rd LEVEL INC. AS VALUATION EXPERT

COMES NOW Debtor G. K.'s GYM INC. ("Debtor"), by and through its attorneys Bell, Gould & Scott, P.C. and submits its Application to Employ 3rd Level, Inc. and its principal, Franklin B. Sahlein (jointly "Consultants"), to value debtor as a going concern and potentially to market the business as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on JANUARY 6, 2014.

2. The Debtor is a Colorado Corporation doing business in Larimer County, Colorado. The Debtor elected to seek bankruptcy protection primarily to protect the going concern value of the debtor for the benefit of all of its creditors until an orderly valuation and sale of the business can be accomplished under Court supervision in light of a judgment against debtor which is substantially in excess of the estimated value of all of debtor's tangible and intangible assets. Negotiations with the judgment creditor to arrive at the same process have yielded no agreements which would protect the business operations while it is marketed.

3. In connection with all matters required of the Debtor under the Bankruptcy Code, the Debtor desires to employ the services of Consultants for consulting on valuation and marketing options for the debtor. Consultant's proposed services would be coordinated through Mr. Franklin Sahlein, whose offices are located in Boise, Idaho. The qualifications of Consultants are summarized in the attached marketing materials, and include nationally recognized expertise in valuing and marketing gymnastics businesses. See "Exhibit A."

4. The Debtor has selected Consultants for its experience with gymnastics business valuations and business sales, and the Debtor believes that this firm is well qualified to represent it in this case.

5. The professional services that Consultants are to render are:

      a. Valuation of the Business;

      b. Consultation as to options and processes for sale of debtor's business;

      c. If deemed appropriate and directed pursuant to a confirmed plan, marketing and sale of Debtor's business operations.

6. It is desirable and in the interest of all parties for the Debtor to employ Consultants for such professional services.

7. To the best of Debtor's and Mr. Sahlein's knowledge, Consultants have no recent connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Consultants, attached hereto as "Exhibit B."

8. Consultants represent no interest adverse to the estate in the matter upon which they are to be engaged for the Debtor, and its employment is in the best interests of the estate.

9. Consultants shall bill for time spent on its work for this case. Consultants shall be compensated per the Compensation terms attached as "Exhibit C."

10. No committee of creditors has been appointed or designated herein.

WHEREFORE, the Debtor pray that they be authorized to employ and appoint Consultants to provide valuation and analysis services to them as a Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and for such further and additional relief as the Court may deem proper.

Dated this 15th day of April, 2014.

BELL, GOULD & SCOTT, P.C.

By: /s/ Gregory S. Bell
Gregory S. Bell, #9630
322 East Oak Street
Fort Collins, CO 80524
(970) 493-8999
Fax: (970) 224-9188
Email: gbell@bell-law.com; lfirnett@bell-law.com
Attorney for Debtor/Movant