

EXHIBIT C