UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-10101 HRT |
| G. K.'S GYM, INC ) | |
| xx-xxx6542 ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

### ORDER RE: APPLICATION TO EMPLOY DAVID M. HERRERA

THIS MATTER comes before the Court on Debtor G. K.'s GYM, INC's Application to Employ David M. Herrera for the Debtor In Possession. Having read the Application, any responses thereto, the Court's file and being fully advised in the premises, the Court issues the following Order:

Debtor's Motion is GRANTED. Debtor is authorized to employ attorney David M. Herrera on the terms set forth in the application, and Mr. Herrera is hereby approved for employment by the Debtor In Possession.

Dated this  14th  day of May, 2014.

BY THE COURT:

_____
The Honorable Howard Tallman
United States Bankruptcy Judge