**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| G.K.'s GYM, Inc. | ) | 14-10101 HRT |
| | ) | Chapter 11 |
| Debtor(s). | ) | |

**ORDER GRANTING APPLICATIONS TO EMPLOY PROFESSIONALS**

THIS MATTER comes before the Court on Certificates of Contested Matter and Requests for Hearing (docket #57 and #59) filed May 9, 2014, by the Debtor, through counsel, Gregory Bell. Having reviewed the file, and being advised in the premises, the Court

Finds Debtor filed an Application to Employ Lauren Long (docket #40) on April 8, 2014, and an Application to Employ 3rd Level, Inc., as Valuation Expert (docket #45) on April 15, 2014 (collectively, the "Applications"). A Response to the Applications was filed April 28, 2014, by Creditor Jane Doe, through counsel, Tracy Oldemeyer. Creditor does not oppose employment of both Lauren Long and 3rd Level to conduct business valuation services as well as sale marketing services. Being advised, the Court finds that a hearing is not necessary. Therefore, the Court

ORDERS that the Applications are GRANTED.

Lauren Long is hereby approved for employment by the Debtor in Possession for professional services related to valuation of the Debtor's business and the analysis of the tax implications from any sale of the business.

3rd Level, Inc., and its principal, Franklin B. Sahlein, are hereby approved for employment by the Debtor in Possession for professional services related to the valuation of the Debtor's business, consultation regarding the sale of the business, and if applicable, marketing and sale of Debtor's business operations.

Any future sale is subject to motion and notice with opportunity to object as required under the Code.

Dated this  15th  day of May, 2014.

BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Chief Judge
United States Bankruptcy Court